## George Siegfried, Defendant in Error, v. George Fritze, Plaintiff in Error.

### Gen. No. 19,660.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRANK H. GRAHAM, Judge, presiding. Heard in this court at the March term, 1914. Affirmed. Opinion filed March 8, 1915.

### Statement of the Case.

Action in forcible detainer by George Siegfried against George Fritze for the possession of a six room flat. From a judgment in favor of plaintiff for possession, defendant prosecutes a writ of error.

Before the tenancy began defendant paid two dollars to plaintiff and took the following receipt:

"Chicago, October 14, 1911.

Received of G. P. Fritze Two Dollars to apply on November 1911 rent for first flat at 3423 Perry St., rental to be at the rate of $20 per month for the year. To be put in first-class repair as agreed.

GEO. SIEGFRIED."

Plaintiff's claim was for forty dollars for rent alleged to be due for May and June, 1913, upon a basis of twenty dollars per month. On June 4, 1913, plaintiff gave defendant a statutory five days' notice to pay the forty dollars in question or to terminate the tenancy. On June 9, 1913, defendant offered to pay twenty dollars but no more, insisting that that was all that was due. Plaintiff declined to receive anything less than forty dollars and brought action for rent and possession.

Plaintiff testified that the condition of the tenancy was that the rent of twenty dollars should be payable in advance on the first of the month; that he told the defendant so when he called to rent the flat and that for three or four months the defendant paid the rent in advance.

Defendant denied that there was anything said about payment in advance and contended that the rent was not payable until the end of the month, but he himself introduced several receipts which showed that he did not wait until the end of the month before paying.

C. L. CASSIDAY, for plaintiff in error.

MARTIN C. KOEBEL, for defendant in error; E. M. SEYMOUR, of counsel.

MR. PRESIDING JUSTICE BROWN delivered the opinion of the court.